IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

THOMAS STOUT,

    Plaintiff/Counter-Defendant,

Vs.                                                                   No.2:10-cv-02575-cgc
                                                                        JURY DEMANDED

ALLSTATE INSURANCE COMPANY,

    Defendants/Counter-Plaintiff.

---

CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

It appearing to the satisfaction of the Court, that all things and matters in controversy between Thomas Stout and Allstate Insurance Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the plaintiff's case against defendants should be dismissed with prejudice, with each party to bear their own discretionary costs as allowed under Rule 54 (d) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's cause of action against the Defendant is hereby dismissed, and Defendant's Counter-Claim against Plaintiff her hereby dismissed, with prejudice.

2. Each party shall bear their own discretionary costs as allowed by Rule 54(d) of the Federal Rules of Civil Procedure. The Court cost shall be taxed against Plaintiff.

        s/Charmiane G. Claxton_____
        JUDGE

        _October 22, 2010_____
        DATE

APPROVED:

By:   s/ Krista Holder-Williams
       Krista Holder-Williams  (#28359)
       Attorney for Thomas Stout
       100 North Main Street, Suite 3300
       Memphis, TN 38103
       (901) 521-4313

BY:   s/ David M. Waldrop
       David M. Waldrop (#13079)
       Attorney for Allstate Insurance Company
       9032 Stone Walk Place
       Germantown, TN  38138
       (901) 759-3489