# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **THOMAS STOUT,** <br> **Plaintiff,** | **JUDGMENT IN CIVIL CASE** |
| **V.** | **CASE #2:10cv2575 cgc** |
| **ALLSTATE INSURANCE COMPANY,** <br> **Defendant** | |

_____

    **DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS SO ORDERED AND ADJOURNED** in accordance with the Consent Order of Dismissal with Prejudice, entered on October 22, 2010, this cause is dismissed. Each party is to bear their own discretionary costs.


**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

Date: October 22, 2010

s/Thomas M. Gould
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**